IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. 5:11-cv-00676-EJD

VICTOR THOME,

        Plaintiff,

  v.

US FOOD AND DRUG ADMINISTRATION. ET. AL,

        Defendant.

**ORDER REASSIGNING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    In light of filing a Joint Case Management Conference statement pursuant to the Court's April 25, 2011 Reassignment Order (See Docket Item No. 16) the parties' have consented to proceed before a United States Magistrate Judge for all purposes (See Docket Item No. 17).  The Clerk of Court shall reassign this case to a Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: May 10, 2011

                                    EDWARD J. DAVILA
                                    UNITED STATES DISTRICT JUDGE

N:\Reassignments to Magistrate\11-00676reassigntomagistrate_may6.wpd