Thomas F. Feerick, Esq. (SBN176412)
**FEERICK & ASSOCIATES**
539 Encinitas Boulevard, Suite 107
Encinitas, California 92024
Telephone: (760) 632-4850
Facsimile: (760) 632-4853

Robert A. Waller, Jr., Esq. (SBN 169604)
**LAW OFFICE OF ROBERT A. WALLER, JR.**
539 Encinitas Boulevard, Suite 107
Encinitas, California 92024
Telephone: (760) 753-3118
Facsimile: (760) 753-3118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| VICTOR THOME, THOMAS F. FEERICK,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, U.S. DEPT. OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | CASE NO. C-11-00676-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT STATEMENT**<br><br>Current CMC Date: June 14, 2011 |

This is a Freedom of Information Act case. This case is currently scheduled for an initial case management conference on June 14, 2011.

Defendant's motion to dismiss is currently scheduled for hearing on July 26, 2011. The parties believe that a case management conference will be more productive after the Court rules on the motion.

//

//

//

//

//

Accordingly, the parties hereby STIPULATE and respectfully request that the case management conference set for June 14, 2011 be continued to a date after the hearing on the motion to dismiss.

Respectfully submitted,

DATED: June 1, 2011

FEERICK & ASSOCIATES

/s/ Thomas F. Feerick
THOMAS F. FEERICK, ESQ.
Co-Counsel for Plaintiffs

DATED: June 1, 2011

MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier
CLAIRE T. CORMIER[1]
Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the case management conference, previously scheduled for June 14, 2011, is hereby continued to August 16, 2011 at 2:00 p.m. The parties shall submit a joint case management statement no later than seven days prior to that date.

DATED: June 2, 2011

PAUL S. GREWAL,
UNITED STATES MAGISTRATE JUDGE

[1] I, Claire T. Cormier, hereby attest that Mr. Feerick authorized me to electronically sign this document on his behalf.