UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR THOME, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Case No.: 5:11-CV-00676 PSG <br><br> **JUDGMENT** |

Pursuant to the foregoing court's Order Granting Motion To Dismiss,

IT IS HEREBY ORDERED that judgment be entered in favor of Defendant and against Plaintiffs. The Clerk of the Court shall close the file.

Dated: July 27, 2011

*(signature)*
PAUL S. GREWAL
United States Magistrate Judge

ORDER